

**Nesci Keane Piekarski Keogh & Corrigan, Esqs.**

245 Main Street, Suite 600, White Plains, New York 10601   (914) 993-6200   (914) 993-6204

September 5, 2007

**VIA FAX: 212-805-7941**
Honorable Loretta A. Preska
United States District Court, SDNY
500 Pearl Street
Room 1320
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

RE:  Laconia Properties LLC v. Traveler's Property & Casualty Insurance Co.
     Index No.: 07 CV 6220 (LAP)
     Our File No.: 06-159/216569

Dear Honorable Preska:

We respectfully request an adjournment of the Scheduling Conference presently scheduled before Your Honor on September 6, 2007. I have spoken to Madonna at Defendant's Office who consented to the adjournment.

Thank you for your prompt attention and courtesies herein.

Very truly yours,

Leslie Ann Cesareo
Paralegal

*The conference is adjourned to October 2 at 10:00 am*

*So ordered*
*Loretta A. Preska*
*USDJ*
*September 6, 2007*