UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==========================================X
LACONIA PROPERTIES LLC.,                      Index No. 07 CV 6220 (LAP)
                 Plaintiff,

   -against-

                                  ***RULE 7.1 DISCLOSURE***

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/k/a ST PAUL TRAVELERS
INSURANCE COMPANY,

                 Defendants.
==========================================X

    Plaintiff, LACONIA PROPERTIES LLC., through their attorneys, ***NESCI KEANE PIEKARSKI KEOGH & CORRIGAN, ESQS.***, submits as and for an initial disclosure pursuant to Fed. R. Civ. P. 7.1 as follows:

<u>Plaintiff Laconia Properties, LLC, is owned by the following Partners</u>:

Michael Demetriou

James Costaras

V & V Scoufaras Partners
23-32 26th Street
Astoria, NY 11105

John Keriazes

George Kondos

E & A Associates
128 South Road
Stanfordville, NY 12581

Katos 2000
128 South Road
Stanfordville, NY 12581

Michael J. Katos

Dated: White Plains, New York
       September 27, 2007

                                      NESCI KEANE PIEKARSKI
                                      KEOGH & CORRIGAN, ESQS.

                                      _____
                                      by: JASON M. BERNHEIMER (JB9566)
                                      Attorneys for Plaintiff
                                      Office & P. O. Address
                                      245 Main Street - Suite 600
                                      White Plains, New York 10601
                                      (914) 993-6200
                                      File No. 06-159/216569

TO:    SPEYER & PERLBERG, ESQS.
        Attorneys for TRAVELERS PROPERTY CASUALTY
        COMPANY OF AMERICA a/k/a
        ST. PAUL TRAVELERS INSURANCE
        Office & P. O. Address
        115 Broadhollow Road
        Melville, NY  11747
        (631) 673-6670

<em>AFFIDAVIT OF SERVICE</em>

STATE OF NEW YORK     )
     ) ss:
COUNTY OF WESTCHESTER  )

    GEORJEAN M. SQUILLANTE, being duly sworn, says:

    I am not a party to the action, am over 18 years of age and reside in Westchester County, New York.

    On September 27, 2007 I served the within ***Plaintiff's Rule 7.1 and Rule 26(a)(1) Disclosure***

[X]    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

[ ]    by delivering a true copy thereof personally to each person named below at the address indicated, I knew each person served to be the person mentioned and described in said papers as a *party therein*.

TO:    SPEYER & PERLBERG, ESQS.
       Attorneys for TRAVELERS PROPERTY CASUALTY
       COMPANY OF AMERICA a/k/a
       ST. PAUL TRAVELERS INSURANCE
       115 Broadhollow Road
       Melville, NY  11747

Sworn to before me on this                 _____
27th day of September, 2007             GEORJEAN M. SQUILLANTE

_____
    Notary Public

    JASON M. BERNHEIMER
  Notary Public, State of New York
      No. 02BE6019121
  Qualified in Westchester County
  Commission Expires February 1, 2011