## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK )
) SS.:
COUNTY OF SUFFOLK )

**MADONNA JONES,** being duly sworn deposes and says:

That deponent is not a party to this action, is over eighteen (18) years of age and resides in Deer Park, New York 11729.

That on the 22nd day of October, 2007, deponent served the within **RULE 34 DEMAND FOR PRODUCTION** upon:

NESCI KEAN PIEKARARSKI
KEOGH & CORRIGAN, ESQS.
Attorneys for Plaintiffs
245 Main Street, Suite 600
White Plains, NY 10601

the addresses designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
**MADONNA JONES**

Sworn to before me this
22nd day of October, 2007

_____
**NOTARY PUBLIC**

Marie E. Garelle
Notary Public - New York State
No. 02GA6077032
Qualified in Suffolk County
My Comm. Expires 7/01/2010