## SPEYER & PERLBERG, LLP

COUNSELORS AT LAW
115 BROADHOLLOW ROAD, SUITE 250
MELVILLE, NEW YORK 11747

(631) 673-6670
FAX (631) 673-7073
www.speyerperlberg.com

MARIE E. GARELLE, ESQ.
garelle@speyerperlberg.com

October 31, 2007

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

      RE:    Laconia Properties, LLC v. Travelers Property Casualty
             07 CIV 6220 (LAP)
             Our File No.: 07-149 MEG

Dear Honorable Judge Preska:

     As required by this Court's Order dated October 3, 2007, counsel for the parties have discussed the following matters:

     The Plaintiff extended a settlement demand in the amount of $275,000.00, which the Defendant does not find acceptable.

     The parties have not reached an agreement regarding the form of trial. The Defendant reserves its right to trial by jury, while the Plaintiff prefers a bench trial. If this matter proceeds to jury trial, we anticipate that the trial will last three days. This estimate is based upon the anticipated testimony of two witnesses for each party, including experts, and may require revision after all depositions are complete.

     With regard to document discovery, the Defendant served Rule 34 Demands upon the Plaintiff on October 22, 2007. The Plaintiff will file its response to those Demands at least one week before the deposition of the Plaintiff and its expert, which is scheduled for November 12, 2007. We await final confirmation of this date from the Plaintiff's expert. Subject to the Plaintiff and its expert's prior deposition, the Defendant and its expert will be deposed on November 28, 2007. The Defendant will be permitted access to the subject property for physical inspection prior to November 28, 2007.

SPEYER & PERLBERG

October 31, 2007
Page 2

Kindly advise if the Court requires any further information at this time.

Very truly yours,

SPEYER & PERLBERG, LLP

*[signature]*

Marie E. Garelle

S:\Current\MEG\Laconia\Corresp\SDNY judge 10-26-07.doc

SPEYER & PERLBERG

October 31, 2007
Page 3


Cc:     **Via E-Mail**
        NESCI KEAN PIEKARARSKI
        KEOGH & CORRIGAN, ESQS.
        Attorneys for Plaintiffs
        245 Main Street, Suite 600
        White Plains, NY  10601