```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Laconia Properties, LLC          :
                                 :    07 civ. 6220  (LAP)
            Plaintiff(s),        :
                                 :    SCHEDULING ORDER
    -against-                    :
Travelers Property Casualty      :
            Defendant(s).        :
                                 :
------------------------------------x

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that trial is scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on December 3, 2007 at 10:00 a.m. in the above-captioned action. A final pretrial conference is scheduled for November 26, 2007 at 9:00 a.m.

SO ORDERED

November 9, 2007

_____
Loretta A. Preska, U.S.D.J.