UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------x
LACONIA PROPERTIES, LLC

                              Plaintiff,        Docket No.
                                                07 Civ. 6220 (LAP)

    -against-                             **NOTICE OF APPEARANCE**

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICAN a/k/a ST PAUL TRAVELERS
INSURANCE COMPANY,

                              Defendants.
--------------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that NESCI KEANE PIEKARSKI KEOGH & CORRIGAN, hereby appears in this action as the attorneys of record for the plaintiff, LACONIA PROPERTIES, LLC. Please direct all future correspondence as set forth below:

                NESCI KEANE PIEKARSKI KEOGH & CORRIGAN
                Attorneys for Plaintiff
                245 Main Street - Suite 600
                White Plains, New York 10601
                (914) 993-6200
                File No. 06-159/216569

Dated: White Plains, New York       Yours, etc.,
       November 27, 2007

                                         NESCI KEANE PIEKARSKI
                                         KEOGH & CORRIGAN

                                         By: _____/s/_____
                                         JASON M. BERNHEIMER, ESQ. (JB 9566)
                                         Attorneys for Plaintiff
                                         245 Main Street - Suite 600
                                         White Plains, New York 10601
                                         (914) 993-6200
                                         File No 06-159/216569

TO: SPEYER & PERLBERG
   Attorneys for Defendant
   115 Broadhollow Road
   Melville, NY  11747
   (631) 673-6670