UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
========================================X
LACONIA PROPERTIES LLC.,                          Index No. 07 CV 6220

       Plaintiff,

  -against-    Honorable
                Loretta A. Preska

TRAVELERS PROPERTY CASUALTY COMPANY
OF AMERICA a/k/a ST PAUL TRAVELERS
INSURANCE COMPANY,
       Defendants.
========================================X

## Defendants' Response to Plaintiff's Proposed Exhibits

a.    No objection.

b.    Objection: Self serving; Hearsay.

c.    Objection: Self serving; Hearsay.

d.    No objection.

e.    Objection: See motion *in limine* re alleged untimely denial of coverage.

f.    Objection: Hearsay

g.    Objection: Hearsay

h.    Objection: Photograph in question has not been provided to Defendant.

i.    Objection: Hearsay.

j.    No objection subject to authentication.

k.    Objection: Hearsay unless Neil Schmelkin PE testifies to the document.

l.    No objection.

1

m.  No objection.

n.  No objection.

o.  Objection: Hearsay

p.  Objection: Hearsay unless Neil Schmelkin PE testifies to the document.

q.  Objection: Hearsay.

r.  Objection: Hearsay.

s.  Objection: Hearsay.

t.  Objection: Hearsay.

u.  Objection: Hearsay unless Neil Schmelkin PE testifies to the document.

Dated: Melville, New York
November 30, 2007

        Respectfully submitted,

        SPEYER & PERLBERG, LLP
        Attorneys for Defendant

By: _____
        Marie E. Garelle (MG-1217)
        115 Broadhollow Road, Suite 250
        Melville, New York 11747
        (631) 673-6670
        garelle@speyerperlberg.com