UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
LACONIA PROPERTIES, LLC.,      :
                               :
            Plaintiff,         :   07 Civ. 6220 (LAP)
                               :
    -against-                  :   ORDER
                               :
TRAVELERS PROPERTY CASUALTY    :
COMPANY OF AMERICA a/k/a/ ST.  :
PAUL TRAVELERS INSURANCE       :
COMPANY,                       :
                               :
            Defendant.         :
------------------------------x

LORETTA A. PRESKA, U.S.D.J.

   Plaintiff's application for an extension of time to file a post-trial motion is granted. The motion shall be submitted by Friday, December 14 at 5:00 p.m. Defendant's response shall be filed by December 21 at 5:00 p.m. All other deadlines shall remain the same.

   A settlement conference will be held by telephone on this matter tomorrow at 3:00 p.m.


SO ORDERED:

Dated: December 12, 2007
       New York, New York

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/12/07]