UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LACONIA PROPERTIES LLC.,

          Plaintiffs,

- against -

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/k/a ST PAUL
TRAVELERS INSURANCE COMPANY,

          Defendant.
-------------------------------------------------------------X

07 CIV 6220 (LAP)

*STIPULATION
DISCONTINUING
ACTION WITH
PREJUDICE*

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs to either party as against the other.

Dated:  Melville, New York
     February 28, 2008

SPEYER & PERLBERG
Attorneys for Defendant

By: _____
Marie E. Garelle, Esq.
For the Firm
200 Broadhollow Road, Suite 406
Melville, New York 11747
(516) 673-6670
07-0149 MEG (23)

NESCI KEAN PIEKARARSKI
KEOGH & CORRIGAN, ESQS.
Attorneys for Plaintiff

By: _____
Scott L. Mathless, Esq.
For the Firm
245 Main Street, Suite 600
White Plains, NY 10601
(914) 299-6200
File No.: 06-159/216569