UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LACONIA PROPERTIES LLC.,

                              Plaintiff,                07 CIV  6220  (LAP)

    - against –                                              **ORDER OF**
                                                                  **DISCONTINUANCE**
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/k/a ST PAUL
TRAVELERS INSURANCE COMPANY,

                              Defendant.
-------------------------------------------------------------------X

**LORETTA A. PRESKA, U.S.D.J:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs to either party.


                                                  SO ORDERED:


                                                  _____
                                                  Loretta A. Preska, U.S.D.J.


Dated:      New York, New York
                         , 2008