```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
LACONIA PROPERTIES LLC.,

                              Plaintiff,          07 CIV 6220 (LAP)

  - against –                                               **ORDER OF DISCONTINUANCE**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/k/a ST PAUL
TRAVELERS INSURANCE COMPANY,

                              Defendant.
-------------------------------------------------------------------X

**LORETTA A. PRESKA, U.S.D.J:**

    The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs to either party.

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
Loretta A. Preska, U.S.D.J.

Dated:    New York, New York
           March 25, 2008