USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

07 CIV 6220 (LAP)

LACONIA PROPERTIES LLC.,

                                    Plaintiffs,

            - against -

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA a/k/a ST PAUL
TRAVELERS INSURANCE COMPANY,

                                    Defendant.
-----------------------------------------------------------------------X

**STIPULATION
DISCONTINUING
ACTION WITH
PREJUDICE**

RECEIVED
MAR 27 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned,

the attorneys of record for the parties in the above entitled action, that whereas no party

hereto is an infant or incompetent person for whom a committee has been appointed and

no person not a party has an interest in the subject matter of the action, the above

entitled action be, and the same hereby is discontinued, with prejudice and without costs

to either party as against the other.

Dated:      Melville, New York
            February 28, 2008

        SPEYER & PERLBERG                        NESCI KEAN PIEKARARSKI
        Attorneys for Defendant                  KEOGH & CORRIGAN, ESQS.
                                                 Attorneys for Plaintiff

By: _____          By: _____
        Marie E. Garelle, Esq.                   Scott L. Mathless, Esq.
        For the Firm                             For the Firm
        200 Broadhollow Road, Suite 406          245 Main Street, Suite 600
        Melville, New York 11747                 White Plains, NY 10601
        (516) 673-6670                            (914) 209-6200
        07-0149 MEG (23)                         File No.:    06-159/216569

                        The Clerk of the Court shall
                        mark this action closed and all
                        pending motions denied as moot.

March 28, 2008          SO ORDERED:
                        _____
                        LORETTA A. PRESKA, U.S.D.J.